858

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD A. ZELLMER, Defendant-Appellant.

(No. 55647; ▮▮▮▮▮▮

First District—February 8, 1972.

Opinion by Mr. PRESIDING JUSTICE STAMOS.

Thomas E. Joyce and Burton Sherre, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Michael J. Goldstein, Assistant State's Attorneys, of counsel,) for the People.